**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Dennis J. Hamrick | | |
| | : | Case No 26-13291-amc |
| Debtor | | |
| | : | |

O R D E R

AND NOW, this _______ day of _______________, 2026, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion is GRANTED, and the Debtor is given an extension to file all required documents with the Court on or before September 23, 2026.

_________________________________
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE